**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Ray Parisien for Tyson Parisien, <br> & Tyson Parisien, <br><br>     Plaintiffs, <br>  vs. <br><br> Michael O. Leavitt, Secretary of the U.S. <br> Dept. of Health and Human Services, and <br> the United States, <br><br>     Defendants. <br> _____ <br><br> Ray Parisien for Tyson Parisien, & <br> Tyson Parisien, <br><br>     Plaintiffs, <br><br>  vs. <br><br> Gale Norton, Secretary of the U.S <br> Department of the Interior, and the <br> United States of America, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 4:06-cv-015 <br><br><br><br><br><br><br><br> **ORDER GRANTING MOTION FOR SUBSTITUTION** <br><br><br><br><br><br> Case No: 4:06-cv-016 |

On March 20, 2007, the government filed a Motion for Substitution. It seeks to substitute the United States of America as defendant for the Department of the Health and Human Services and the Department of the Interior pursuant to 28 U.S.C. § 2679. The court **GRANTS** the government's motion (Case No. 4:06-cv-015, Docket No. 11). The United States of America shall substituted as the party defendant in the above-captioned consolidated action.

**IT IS SO ORDERED.**

Dated this 21st day of March, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge